May Term,
1861.

SHANNON and Another *v.* SHANNON.

MILLER
*v.*
POWERS.

APPEAL from the *Grant* Common Pleas.

*Thursday,
June* 13.

*Per Curiam.*—Suit to foreclose a mortgage, against *Shannon* and *Prickett*, the mortgagor, and a grantee of the mortgagor. *Shannon* appeared by an attorney, to whom he sent his retainer by the hand of the plaintiff's attorney. The attorney faithfully did his duty, and no collusion appears with the plaintiff's attorney. Nothing appears authorizing a reversal, on this ground.

No motion for a new trial was made, or exception taken as to the proceedings and judgment against *Prickett*.

The judgment is affirmed, with 5 per cent. damages and costs.

*John Brownlee,* for the appellants.